BEFORE THE THIRD DIVISION, MAY 6, 1958

No. 61897.—U. S.-Asiatic Co., Inc. v. United States, protest 230859–K (C) (New York).

Opinion by JOHNSON, J.   At the trial, the entry, invoice, and collector's letter of transmittal were received in evidence, and it was stipulated that the facts set forth therein were true and correct.   The protest was limited to item No. 449 on

invoice No. 3, described as "Large donkey planter." An examination of the collector's report showing that he would not object to the claim of the plaintiff, the protest was sustained as to said item.